UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBERT "CHUCK" RUSSELL,

        Plaintiff,

vs.                           No. 1:24-cv-00012

INDUCTEV, INC.,

        Defendant.

WAIVER OF THE SERVICE OF SUMMONS

To:    Plaintiff's Counsel, Trent A. Howell, P.O. Box 2304, Santa Fe, New Mexico 87504, trent@trentahowell.com, (505) 919-9158

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 3, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1/11/2024
For: Defendant InductEV, Inc.

James N. Boudreau
Greenberg Traurig, LLP
Three Logan Square
1717 Arch Street, Suite 400,
Philadelphia, PA 1910
james.boudreau@gtlaw.com
(215) 988-7833
*Counsel for Defendant InductEV, Inc.*