UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBERT "CHUCK" RUSSELL,

        Plaintiff,

vs.                                       No. 1:24-cv-00012 KWR-JFR

INDUCTEV, INC.,

        Defendant.

## HOWELL RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's *Order to Show Cause* (Doc. 29), Counsel for Plaintiff, Trent A. Howell, states his humblest apology for the oversight and responds as follows.

1.    For the week preceding and on the date of the July 9, 2024 Status Conference, Howell was suffering and recovering from a severe (and his first/only confirmed) case of COVID-19. In that period, Howell—a solo practitioner who works without staff—had given notice to various opposing counsel with looming deadlines of his status and need for additional time. But as a result of his limited capacity and amidst his shuffling of various matters, Howell did not follow his ordinary practice of calendar updating, posting, and duplicate "tickling" of events for the work week beginning July 8, 2024. Howell thus inadvertently missed the date and time of the referenced Status Conference.

2.    Promptly on receipt of the Court's Order, Howell contacted Defendant's counsel to express his sincerest apologies for the oversight. *See* Exhibit A (Howell and Boudreau E-mail correspondence, dated 07/09/2024). Only out of respect for Court process and to avoid *ex parte* contact did Howell refrain from communicating the same directly to his Honor, Magistrate Judge Robbenhaar, at the same time.

3. Context and reasons aside, Howell fully understands, respects, and appreciates the need, purpose, and seriousness of Federal Rule of Civil Procedure 16(f), as well as that the Court has broad discretion on how to address Howell's failure to attend.

4. Based on the foregoing, as well as context noted below, Howell respectfully requests the Court exercise that discretion to find no monetary, fees, or costs sanction is necessary or "just" in this situation. This was not a case of Howell "willfully disobeying" a court order, *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991), and no further order or sanction is necessary to "insure the expeditious and sound management of the preparation" of this case for trial, *Olcott v. Delaware Flood Co.*, 76 F.3d 1538, 1554 (10th Cir. 1996).

5. Howell has now fully recovered from his COVID-19 case and resumed normal operation and practices of his law practice. Howell's preparation of the case and compliance with deadlines prior to this hearing have been timely and workmanlike. Howell has also long respected and—in practice—honored the institution of the federal courts and particularly this United States District of New Mexico. Howell has appeared as record counsel in 105 docketed cases before this Court spanning 25 years. To the best of his memory, this is the first and only time in those years and cases that he failed to appear for a scheduled conference or hearing.

6. Beyond that, Howell again states his sincerest apologies to his Honor, Magistrate Judge Robbenhaar, and to opposing counsel, Mr. Boudreau; expresses his thanks for Mr. Boudreau's gracious response; and commits to redouble efforts to advance the case in a timely and efficient manner.

Wherefore, Plaintiff Albert "Chuck" Russell respectfully requests the Court exercise its discretion not to sanction Howell for his oversight, quash the Order to Show Cause, and grant such other and further relief as the Court deems proper.

Filed this 19th day of July, 2024.

                                            Respectfully Submitted,

                                            *-/s/ - Trent A. Howell –*
                                            *Electronically filed & signed-*
                                            Attorney Trent A. Howell
                                            P.O. Box 2304
                                            Santa Fe, New Mexico  87504
                                            trent@trentahowell.com
                                            (505) 919-9158

                                            *Counsel for Plaintiff Albert "Chuck" Russell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record in this case via ECF/email on July 19, 2024.

                                            *-/s/ - Trent A. Howell –*
                                            *Electronically filed & signed-*
                                            Attorney Trent A. Howell