| | |
|---|---|
| **From:** | James.Boudreau@gtlaw.com |
| **To:** | Trent Howell |
| **Cc:** | Taylor.Miller@gtlaw.com; papinichaplac@gtlaw.com |
| **Subject:** | Re: Russell v. InductEV - Certificate of Service of Discovery |
| **Date:** | Tuesday, July 9, 2024 5:44:50 PM |

No issue - I was really surprised he issued that based on the very brief discussion we had

Sent from my iPhone

On Jul 9, 2024, at 7:21 PM, Trent Howell <trent@trentahowell.com> wrote:

***EXTERNAL TO GT***

Jim - My sincerest apologies about today. I will file something per the order, but I just had my first case of Covid and have been out of sorts.

Trent

On Jul 9, 2024, at 12:18 PM, Taylor.Miller@gtlaw.com wrote:

Hi Trent,

Attached is the Certificate of Service of Discovery InductEV filed today in the *Russell v. InductEV, Inc.* matter. Please let us know if you would like to discuss.

Thank you,
Taylor

**Taylor Miller**
Associate

Greenberg Traurig, LLP
Three Logan Square | 1717 Arch Street, Suite 400 | Philadelphia, PA 19103
T +1 267-574-3965
Taylor.Miller@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

<image001.png>

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.
<27 - Certificate of Service of Discovery.pdf>